KLINE *v.* WHITE HICKORY WAGON MANUFACTURING COMPANY.

LITTLE, J. In view of the evidence in the present record, there was no error in granting a nonsuit.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Argued February 14, — Decided April 25, 1902.

Action for damages. Before Judge Reid. City court of Atlanta. April 4, 1901.

*G. W. Brooks* and *C. L. Williamson,* for plaintiff.
*J. D. Humphries,* for defendant.

---

MAXWELL *v.* COLLIER, agent.

LITTLE, J. 1. On an affidavit containing proper averments, made by C. as the agent of F., to secure the issuance of a distress warrant, that process should be issued in favor of the principal F.; if it issue in favor of " C. as the agent of F.," it is one in favor of C. individually, because the words, " as agent of F.," are descriptio personæ. The warrant so issued does not follow the affidavit ; and on the trial of an issue, raised by the interposition of a claim, to a levy of the warrant, it is error to overrule the motion of the claimant to dismiss the levy. *Wynn* v. *Irvine,* 109 *Ga.* 287, and cases cited ; *Jones* v. *Newman,* 110 *Ga.* 259.

2. On the hearing of a writ of certiorari sued out to review the action of a justice of the peace in overruling such motion, a final judgment should have been rendered in the case by the judge of the superior court. The error assigned was one in law, which must have finally governed the case in favor of the claimant ; and as no question of fact was involved, it was error on the part of the judge to send the case back to the justice's court for a new hearing.

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted March 1, — Decided April 25, 1902.

Certiorari. Before Judge Candler. DeKalb superior court. May 22, 1901.

*John D. Humphries,* for plaintiff in error.
*Parry & McCord,* contra.